IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:24-cv-491

| | |
|---|---|
| CHARLES MELVIN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PIEDMONT COMMUNITY COLLEGE,<br><br>Defendant. | DESIGNATION OF SECURED LEAVE OF CHARLES "JAKE" TAYLOR |

Pursuant to Rule 26(B)(1) of the North Carolina General Rules of Practice for the Superior and District Courts, the undersigned attorney hereby submits the following information and makes the following designations of secured leave periods.

1. CHARLES "JAKE" TAYLOR

    NC State Bar No.: 61135

    HALL BOOTH SMITH, P.C.

    11215 N. Community House Rd., Ste. 750

    Charlotte, NC 28277

    (980) 859-0380

2. The requested periods of leave are as follows:

    **Monday, May 19, 2025 – Friday, May 23, 2025; and**

    **Monday, August 18, 2025 – Friday, August 22, 2025**

3. There are no other periods of secured leave that have been previously designated by the undersigned for the calendar year 2025.

4. The undersigned hereby states that the periods of leave are not being designated for the purposes of delaying, hindering, or interfering with the time disposition of any matter in any pending action or proceeding.

5. The undersigned hereby states that, to his knowledge, no action in which the undersigned has entered an appearance has been scheduled, peremptorily set, or noticed for trial, hearing, deposition or other proceeding during the designated periods of leave.

This 3rd day of February, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jake Taylor*

RICHARD SHEINIS
NC State Bar No: 39078
CHARLES JAKE TAYLOR
NC State Bar No. 61135

11215 North Community House Rd.
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax:    (678) 539-1601
E-mail: Rsheinis@hallboothsmith.com
            JakeTaylor@hallboothsmith.com
***Attorneys for Defendant Central Piedmont Community College***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed **DESIGNATION OF SECURED LEAVE OF CHARLES "JAKE" TAYLOR** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Eric Montgomery
NC State Bar No.: 38951
6135 Park South Drive
Suite 510
Charlotte, NC 28210
Phone: (704) 749-3135
E-mail: eric@themlawfirm.com
***Attorney for Plaintiff***

This 3rd day of February, 2025.

**HALL BOOTH SMITH, P.C.**

*/s/ Jake Taylor*

RICHARD SHEINIS
NC State Bar No.: 39078
CHARLES JAKE TAYLOR
NC State Bar No. 61135

11215 North Community House Rd.
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax:    (678) 539-1601
E-mail: Rsheinis@hallboothsmith.com
          JakeTaylor@hallboothsmith.com
***Attorneys for Defendant Central Piedmont Community College***

3