IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:24-cv-491

CHARLES MELVIN,

    Plaintiff,

v.

CENTRAL PIEDMONT
COMMUNITY COLLEGE,

    Defendant.

**REPORT OF MEDIATOR**

I hereby report and certify that on February 25, 2025, the parties and their respective attorneys participated in a mediated settlement conference with the undersigned, the result of which was an impasse.

This 25 day of February, 2025.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesadr.com
*Mediator*